**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   MESHA BATCHMAN                             §
                                                    §    Case No.: 09-20771
                                                    §
                                                    §
                                                    §
         Debtor(s)                                  §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 06/08/2009.

2) This case was confirmed on 08/10/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/10/2009, 08/10/2009, 08/10/2009, 08/24/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/03/2009.

5) The case was dismissed on 01/04/2010.

6) Number of months from filing to the last payment:  4

7) Number of months case was pending:  10

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    21,352.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 2,420.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,420.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,179.64 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 140.36 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,320.00 |
| Attorney fees paid and disclosed by debtor | $ 141.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO HOME MOR | SECURED | 186,000.00 | 180,445.48 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | UNSECURED | 4,357.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 133,600.00 | 132,510.59 | .00 | .00 | .00 |
| OCWEN LOAN SERVICING | SECURED | 25,024.00 | 24,762.88 | .00 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 9,350.00 | 15,542.04 | 15,057.00 | 100.00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 5,707.00 | .00 | 485.04 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 652.71 | .00 | 653.00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 276.71 | NA | NA | .00 | .00 |
| DISNEY VACATION CLUB | SECURED | 680.00 | .00 | .00 | .00 | .00 |
| MARRIOTT OWNERSHIP | SECURED | 2,000.00 | .00 | .00 | .00 | .00 |
| MARRIOTT OWNERSHIP | UNSECURED | 5,615.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | SECURED | 1,500.00 | 2,860.73 | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4,390.00 | 3,178.26 | 3,178.26 | .00 | .00 |
| AES NCT | OTHER | .00 | NA | NA | .00 | .00 |
| AES NCT | OTHER | .00 | NA | NA | .00 | .00 |
| AES NCT | OTHER | .00 | NA | NA | .00 | .00 |
| WACHOVIA BANK | OTHER | .00 | NA | NA | .00 | .00 |
| AETNA | UNSECURED | 23,526.00 | NA | NA | .00 | .00 |
| NEXTEL | UNSECURED | 585.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 16,830.00 | 16,830.65 | 16,830.65 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 5,542.00 | 5,542.53 | 5,542.53 | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 236.00 | NA | NA | .00 | .00 |
| AMERICAN HOME SHIELD | UNSECURED | 168.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK OF AMERICA NA | UNSECURED | 18,485.00 | 18,485.63 | 18,485.63 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 7,702.00 | 7,702.42 | 7,702.42 | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | 833.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,057.00 | 1,157.52 | 1,157.52 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 531.00 | 334.50 | 334.50 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 5,919.00 | 5,919.78 | 5,919.78 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,492.00 | 1,492.23 | 1,492.23 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 15,970.00 | 11,644.35 | 11,644.35 | .00 | .00 |
| CITIBANK USA | UNSECURED | 5,336.00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 2,898.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 300.00 | 493.40 | 493.40 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2,200.00 | 2,184.15 | 2,184.15 | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | 376.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 689.00 | NA | NA | .00 | .00 |
| GINNYS | UNSECURED | 1,000.00 | 1,000.41 | 1,000.41 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 619.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 986.00 | 9,384.55 | 9,384.55 | .00 | .00 |
| CHASE | UNSECURED | 862.00 | NA | NA | .00 | .00 |
| VILLAGE OF HOMEWOOD | UNSECURED | 150.00 | 150.00 | 150.00 | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 169.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 547.00 | 585.14 | 585.14 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 34,268.00 | 66,405.59 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 30,410.00 | 39,379.25 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 28,834.00 | 26,823.43 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 19,539.00 | 29,284.85 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 18,843.00 | 17,000.00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 12,934.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 11,372.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 8,500.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 8,500.00 | .00 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 6,221.00 | 6,291.39 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 4,250.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,229.00 | .00 | .00 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 562.00 | 562.86 | 562.86 | .00 | .00 |
| ST JAMES WELLNESS IN | UNSECURED | 195.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 335.00 | 493.59 | 493.59 | .00 | .00 |
| BARBARA WALTON | OTHER | .00 | NA | NA | .00 | .00 |
| CHASTITY MILLER | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | .00 | .00 | 10,204.78 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | .00 | 7,458.28 | 7,958.28 | .00 | .00 |
| OCWEN FEDERAL | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO | OTHER | NA | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING | SECURED | NA | 459.56 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================
 Scheduled Creditors:

 Creditor                      Claim          Claim         Claim        Principal        Int.
   Name           Class      Scheduled       Asserted      Allowed         Paid           Paid

 CHASE HOME FINANCE L  OTHER       NA             NA            NA             .00            .00
 DISNEY VACATION DEVE  SECURED     NA       2,594.13           .00             .00            .00
 AES/PHEAA             UNSECURED   NA      47,911.58           .00             .00            .00
 ROUNDUP FUNDING LLC   UNSECURED  .00         737.75        737.75             .00            .00
 OCWEN LOAN SERVICING  SECURED     NA            .00        150.00             .00            .00
 CAPITAL ONE           UNSECURED  .00         531.13        531.13             .00            .00
 NATIONAL COLLEGIATE   UNSECURED   NA      83,614.40           .00             .00            .00
 GOVERNORS STATE UNIV  UNSECURED   NA       1,535.00      1,535.00             .00            .00
 NICOR GAS             UNSECURED  .00             NA            NA             .00            .00
================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 18,163.06 | .00 | .00 |
| Debt Secured by Vehicle | 15,057.00 | 100.00 | .00 |
| All Other Secured | 803.00 | .00 | .00 |
| **TOTAL SECURED:** | 34,023.06 | 100.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 90,430.89 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,320.00 |
| Disbursements to Creditors | $ | 100.00 |
| **TOTAL DISBURSEMENTS:** | $ | 2,420.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/07/2010           /s/ Tom  Vaughn
                            Tom  Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**